UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present:   Judges Frank, Huff and Senior Judge Haley


CAROL BURKE, SURVIVING DEPENDENT
 SPOUSE OF MICHAEL BURKE

                                                          MEMORANDUM OPINION[*]
v.        Record No. 2196-13-3                              PER CURIAM
                                                          APRIL 22, 2014

DICKENSON-RUSSELL COAL COMPANY, LLC AND
 CHARTIS PROPERTY CASUALTY COMPANY


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Stephen W. Mullins, on brief), for appellant.

                (Timothy W. Gresham; Penn, Stuart & Eskridge, on brief), for
                appellees.


        Carol Burke, the surviving dependent spouse of Michael Burke,[1] appeals a decision of the

Workers' Compensation Commission ("the commission") finding that the evidence failed to

prove by a preponderance of the evidence that Michael Burke suffered from the occupational

disease of coal workers' pneumoconiosis. We have reviewed the record and the commission's

opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated

by the commission in its final opinion. See Burke v. Dickenson-Russell Coal Co., VWC File

No. VA02000010648 (Oct. 31, 2013). We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                    Affirmed.

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

        [1] Michael Burke died on December 20, 2012.